

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECOR VIEW TECHNOLOGIES LLC,<br><br>  Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>  Defendant. | Civil Action No. 12-3306 (FSH)<br>**JURY TRIAL DEMANDED** |
| SECOR VIEW TECHNOLOGIES LLC,<br><br>  Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>  Defendant. | Civil Action No. 12-3308 (FSH)<br>**JURY TRIAL DEMANDED** |
| SECOR VIEW TECHNOLOGIES LLC,<br><br>  Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, *et al.*,<br><br>  Defendants. | Civil Action No. 12-3310 (FSH)<br>**JURY TRIAL DEMANDED** |

### FINAL JUDGMENT

Pending before the Court in the above-captioned cases are the Complaints filed by Plaintiff Secor View Technologies LLC ("Plaintiff") against Defendants Nissan North America, Inc.; Jaguar Land Rover North America, LLC; BMW of North America, LLC; and Rolls-Royce Motor Cars NA, LLC, (collectively, "Defendants") for infringement of U.S. Patent No. 5,289,321 ("the '321 Patent). Also pending before the Court in the above-captioned cases are the Answers and Counterclaims filed by Defendants against Plaintiff seeking, *inter alia*, a declaration that the '321 Patent is invalid.

Pursuant to the agreement of the parties and Rule 54 of the Federal Rules of Civil Procedure, the Court does hereby enter judgment as follows:

1. By an Opinion (Dkt. No. 90) and an Order (Dkt. No. 91) dated November 22, 2013, the Court held that the terms "minimize lateral protuberance from the side of the vehicle;" "avoiding unnecessary airflow turbulence;" and "low angle" were indefinite;

2. As a result of that Opinion and Order, each and every claim of the '321 Patent is invalid as indefinite under section 112(b) of title 35 of the United States Code;

3. Judgment shall be entered against Plaintiff and in favor of Defendants that the '321 Patent is invalid;

4. Plaintiff shall take nothing from its claims against Defendants;

5. This judgment constitutes a final judgment as to Plaintiff's claims of patent infringement against Defendants and a final judgment as to Defendants' declaratory judgment claim of patent invalidity against Plaintiff. Any and all of Defendants' remaining declaratory judgment claims against Plaintiff are hereby **DISMISSED WITHOUT PREJUDICE**;

6. Plaintiff hereby waives all rights to any appeal of this Final Judgment or to any findings by this Court in the above-captioned actions and agrees not to appeal this Final Judgment.

7. All costs and fees shall be borne by the party that incurred them.

**IT IS SO ORDERED** this 16 day of December 2013

_____
Hon. Faith S. Hochberg
United States District Judge

We hereby consent to the form and entry of this Final Judgment:

s/ Bruce D. Vargo
Bruce D. Vargo
**SCARPONE & VARGO LLC**
50 Park Place, Suite 1003
Newark, New Jersey 07102
Tel: (973) 623-4101
Fax: (973) 623-4181
bvargo@scarponevargo.com

Cabrach J. Connor
**TAYLOR DUNHAM, LLP**
301 Congress Avenue, Suite 1050
Austin, TX 78701
Tel: (512) 473-2257
Fax: (512) 478-4409
cconnor@taylordunham.com

David A. Skeels
Todd I. Blumenfeld
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Tel: (817) 334-0400
Fax: (817) 334-0401
skeels@fsclaw.com
blumenfeld@fsclaw.com

*Attorneys for Plaintiff Secor View Technologies, LLC*

s/Arnold B. Calmann
Arnold B. Calmann
Katherine A. Escanlar
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
Tel: 973-622-3333
Fax: 973-286-2465
abc@saiber.com
kescanlar@saiber.com

Matthew J. Moore
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201
matthew.moore@lw.com
james.bender@lw.com

Clement J. Naples
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Tel: +1.212.906.1331
Fax: +1.212.751.4864
clement.naples@lw.com

*Attorneys for Defendant Jaguar Land Rover North America, LLC*

4

s/ Christina L. Saveriano
Eric I. Abraham
Christina L. Saveriano
**HILL WALLACK LLP**
202 Carnegie Center
Princeton, New Jersey 08540
Tel: (609) 924-0808
Fax: (609) 452-1888
eia@hillwallack.com
csaveriano@hillwallack.com

John Caracappa
Kfir B. Levy
Stephanie L. Schonewald
**STEPTOE & JOHNSON LLP**
1330 Connecticut Ave NW
Washington, D.C. 20036
Tel: 202-429-6267
Fax: 202-261-0597
jcaracappa@steptoe.com
klevy@steptoe.com
sschonew@steptoe.com

Amanda K. Streff
**STEPTOE &JOHNSON LLP**
115 South LaSalle Street, Suite 3100
Chicago, IL 60603
Tel: 312-577-1300
Fax: 312-577-1370
astreff@steptoe.com

*Attorneys for Defendant Nissan North America, Inc.*

        s/Christopher J. Dalton
Christopher J. Dalton
Rosemary J. Bruno
**BUCHANAN, INGERSOLL & ROONEY, PC**
550 Broad Street, Suite 810
Newark, NJ 07102-4599
Tel: (973) 273-9800
Fax: 973-2739430
christopher.dalton@bipc.com
rosemary.bruno@bipc.com

Joseph P. Lavelle
Andrew N. Stein
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel: (202) 799-4780
Fax: (202) 799-5021
joe.lavelle@dlapiper.com
andrew.stein@dlapiper.com

*Attorney for Defendants BMW of North America LLC and Rolls-Royce Motor Cars NA, LLC*

Dated: December 13, 2013